IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CONNOR MILHORN                                                    MOVANT

v.                                                        No. 1:24-cr-48-SA-DAS

UNITED STATES OF AMERICA                                      RESPONDENT

ORDER REQUIRING GOVERNMENT TO RESPOND

The Court has reviewed the Movant's request under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence, and finds that a response from the government is appropriate. It is ORDERED that within 60 days of the date of this order, the Government must submit a response to the instant motion. The Movant's deadline to file a reply to the Government's Response is 14 days after service upon him of the Government's Response.

SO ORDERED, this, the 14th day of April, 2026.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE